*HENRY BENNETT agt. JOSHUA PRATT, Jr., *et al.* [*77]

Papers for a motion must be served, if they are to be read on the motion. Where defendants' attorney served a notice of motion to quash a writ of error, and particularly set forth the grounds he relied upon, and also served notice of retainer at the same time, which service was admitted by plaintiff's attorney : the defendant's counsel was not permitted to read any other papers on the motion, than those served.

*February Term,* 1846.

MOTION by defendant to quash the writ of error in this cause.

Plaintiff's counsel objected to the service of the papers for this motion. It appeared that the *notice of motion* and a *notice of retainer,* from defendant's attorney, was served on plaintiff,

who was attorney in person, and service by plaintiff admitted. No other papers for the motion were served.

> W. J. Dodge, *defendants' counsel.*
> S. Rexford, *defendants' attorney.*
> P. Cagger, *plaintiff's counsel.*
> H. Bennett, *attorney in pro. per.*

Plaintiff's counsel objected to any other papers being read, than those served.

Bronson, Chief Justice.   Denied the motion, with costs, without prejudice.